Court of Criminal Appeals of Texas.
Dec. 10, 1930.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

## Claude CLARK v. STATE.
### No. 13837.

Court of Criminal Appeals of Texas.
Dec. 17, 1930.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for felony theft; punishment, two years in the penitentiary.

The record comes here devoid of bills of exception and without statement of facts. The indictment charges the offense, and is followed by the charge of the court, the judgment, and sentence. Appellant pleaded guilty.

The judgment is affirmed.